AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| RUPERT N. KAMA and DIANA L. KAMA,<br><br>Plaintiffs,<br><br>V.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA N.A. AS SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOAN SERVICING, LP, AS SUCCESSOR TO COUNTRYWIDE HOME LOAN SERVICING, LP; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; and JOHN DOES 1-50, inclusive,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CIVIL 10-00681-LEK-KSC |

[✓] **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered as pursuant to and in accordance with the Court's order filed May 26, 2011: The "ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS."

| | |
|---|---|
| May 31, 2011 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AFC |
| | (By) Deputy Clerk |